Bryon T Wasserman (SBN 215681)
bryon.wasserman@icemiller.com
ICE MILLER LLP
1735 Market Street Suite 3450
Philadelphia, PA 19103
Telephone: (215) 377-5029
Facsimile: (215) 377-5030

*Attorneys for Plaintiff Carlson Pet Products, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Carlson Pet Products, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Supra National Express, Inc.<br><br>Defendant. | Case No. 2:19-cv-06312-RGK-MRW<br><br>**[PROPOSED] ORDER DISMISSING WITHOUT PREJUDICE PURSUANT TO RULE 41(a)**<br><br>Hon. R. Gary Klausner |

In light of Carlson Pet Products, Inc.'s Notice Of Voluntary Dismissal Pursuant To Federal Rules Of Civil Procedure Rule 41(a), the Court hereby dismisses this matter in its entirety without prejudice, with each side to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: December 23, 2019  _____
Honorable R. Gary Klausner
United States District Judge